IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 0484 |
| BOSCH MECHANICAL GROUP, INC., a corporation, SHARON BOSCH, an individual, and RICHARD BOSCH, an individual, | ) ) ) ) | JUDGE RUBEN CASTILLO |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION TO REOPEN CASE, FOR ENTRY OF DEFAULT
AND JUDGMENT AND FOR AN ORDER DIRECTING DEFENDANT, BOSCH
MECHANICAL GROUP, INC. TO TURN OVER MONTHLY FRINGE
BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, by their attorneys, and move the Court for the entry of an order to reopen this action, for entry of default and judgment and for an order directing Defendant, Bosch Mechanical Group, Inc., to turn over its monthly fringe benefit contribution reports for September 2006 through the present date. In support of this Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Sheet Metal Workers Local 265 Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreements entered into with the Sheet Metal Workers Local 265, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendants failed to remit payment of

contributions, liquidated damages and attorneys' fees for the time period May 2006 through August 2006 and failed to submit monthly fringe benefit contribution reports for the time period September 2006 through the present date. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On January 28, 2007, the Summonses and Complaint were served on the three Defendants by tendering copies of said documents to Defendant Richard Bosch. Accordingly, Defendants' answers were due by February 19, 2007. Copy of the Summonses and Affidavits of Service are attached hereto as Exhibit A.

3. Because of Defendant Bosch Mechanical Group's failure to submit its required monthly contribution reports for September 2006 through the present date, on January 31, 2007, this Court ordered Defendant to submit to an audit of its payroll books and records for the time period January 2006 forward and to immediately proceed with service of the Summons and Complaint. The Court administratively dismissed the instant litigation without prejudice. The Court retained jurisdiction to enforce the January 31, 2007 order and enter final judgment against Defendants. A copy of the Court's Notification of Docket Entry entered January 31, 2007 is attached hereto as Exhibit B.

4. On October 4, 2006, Defendants entered into a Promissory Note for the repayment of contributions, liquidated damages and attorneys' fees totaling $17,361.95 incurred for the time period May 2006 through August 2006. A copy of the Promissory Note executed by the Defendants on October 4, 2006 is attached hereto as Exhibit C.

5. Defendants remitted the first and second installment payments of $2,895.00 each due on October 9, 2006 and November 9, 2006. Defendants have failed to remit the third through sixth

installments due on December 9, 2006, January 9, 2007, February 9, 2007 and March 9, 2007. Accordingly, there remains $11,571.95 due and owing from Defendants to Plaintiffs on the Promissory Note executed on October 4, 2006.

6. Plaintiff Funds have determined that an audit of Defendant Bosch Mechanical Group, Inc.'s payroll books and records is not required. However, Defendant has failed to submit its monthly fringe benefit contribution reports and all contributions and liquidated damages due thereon for the time period September 2006 through the present date.

7. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action, for entry of default and judgment against Defendants and for an order directing Defendant Bosch Mechanical Group, Inc. to turn over its monthly fringe benefit contribution reports for September 2006 through February 2007. Specifically, Plaintiffs request:

    A. That judgment be entered in favor of Plaintiffs and against Defendants, Bosch Mechanical Group, Inc., Sharon Bosch, and Richard Bosch, to include the amount of $11,571.95, being the total amount remaining due for contributions, liquidated damages, and attorneys' fees for the time period May 2006 through August 2006 pursuant to the Promissory Note;

    B. That judgment be entered in favor of Plaintiffs and against Defendants, Bosch Mechanical Group, Inc., Sharon Bosch, and Richard Bosch, to include the amount of $420.00 for costs and $521.25 for attorneys' fees, for a total of $941.25 incurred by the Plaintiffs;

    C. That Defendant Bosch Mechanical Group, Inc. submit its monthly fringe benefit contribution reports due for the months of September 2006 through February 2007, within fourteen (14) days of the entry of this Order, and that the Court enter final judgment against Defendant Bosch Mechanical Group, Inc. after Plaintiffs determine the additional amounts due from Defendant Bosch Mechanical Group, Inc.;

    D. That Plaintiffs have such further relief as may be deemed just and equitable by the Court;

    E. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering final judgment against Defendants.

                                                        /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Bosch\motion to reopen.jdg.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion to Reopen Case, for Entry of Default and Judgment and for an Order Directing Defendant Bosch Mechanical Group, Inc. to Turn Over Monthly Fringe Benefit Contribution Reports) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of March 2007:

| | |
|---|---|
| Ms. Sharon Bosch, Registered Agent<br>Bosch Mechanical Group, Inc.<br>27W045 Evelyn Avenue<br>Winfield, IL   60190 | Ms. Sharon Bosch<br>27W045 Evelyn Avenue<br>Winfield, IL   60190 |

Mr. Richard Bosch
27W045 Evelyn Avenue
Winfield, IL   60190

                                      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Bosch\motion to reopen.jdg.df.wpd